# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

```
--------------------------------------------------------------:
                                                              :
CHARLES M. SARAFIN, Individually and On                       :
Behalf of All Others Similarly Situated,                      :   CIVIL ACTION NO. 3-11-0653
                                                              :
                    Plaintiff,                                :   CLASS ACTION
v.                                                            :
                                                              :   Judge Kevin H. Sharp
BIOMIMETIC THERAPEUTICS, INC.,                                :   Magistrate Juliet E. Griffin
SAMUEL E. LYNCH, and LAWRENCE E.                              :
BULLOCK,                                                      :
                                                              :
                    Defendants.                               :
--------------------------------------------------------------X
```

## DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants BioMimetic Therapeutics, Inc., Samuel E. Lynch, and Lawrence E. Bullock (collectively "Defendants") respectfully move pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act to dismiss with prejudice the Consolidated Amended Class Action Complaint (the "Complaint") filed by lead plaintiff Charles M. Sarafin, individually and on behalf of all others similarly situated, (collectively, "Plaintiffs"). In support of this motion, Defendants submit an accompanying memorandum of law and the Declaration of Nicholas M. Berg, with attached exhibits.

Plaintiffs have failed to state a claim against Defendants because (1) the Complaint fails to identify, much less adequately allege, a false statement regarding Plaintiffs' contention that Defendants misled investors into believing that FDA approval of Augment™® Bone Graft was "forthcoming and imminent"; and (2) the Complaint fails to plead specific facts that give rise to a "*strong inference*" of scienter that is "*at least as compelling as any opposing inference of nonfraudulent intent*" as required by the Supreme Court's decision in *Tellabs, Inc. v. Makor*

*Issues & Rights, Ltd.*, 551 U.S. 308, 314 (2007) (emphasis added).

WHEREFORE, for the reasons set forth in this motion and the supporting memorandum of law, Defendants respectfully request that this Court dismiss the Plaintiffs' claims against them with prejudice.

Dated: February 27, 2012

**ROPES & GRAY LLP**

By:  *s/ Nicholas M. Berg*
Randall W. Bodner, Esq.* (MA Bar # 549160)
Christopher G. Green, Esq.* (MA Bar # 643202)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  617.951.7000
Facsimile: 617.951.7050
Email: randall.bodner@ropesgray.com
Email: christopher.green@ropesgray.com

Nicholas M. Berg, Esq.* (IL ARDC # 6285739)
111 S. Wacker Dr., 46th Floor
Chicago, IL 60606-4302
Telephone: 312.845.1200
Facsimile: 312.845.5500
Email: nicholas.berg@ropesgray.com
* Admitted *pro hac vice*

*Attorneys for Defendants*

Respectfully submitted by:

**HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.**

Glenn B. Rose, Esq. (BPR No. 010598)
31 Deaderick Street, Suit 1800
Nashville, Tennessee 37238
Telephone: 615.251.0500
Facsimile: 615.251.1058
Email: gbr@h3gm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, a true and correct copy of the foregoing was served electronically through the Court's Electronic Case Filing System (CM/ECF) to the following counsel of record:

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN 37215-0734
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

Mark I. Gross
Jeremy A. Lieberman
Murielle J. Steven Walsh
Pomerantz Haudek Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
Email: migross@pomlaw.com
Email: jalieberman@pomlaw.com
Email: mjsteven@pomlaw.com

Patrick V. Dahlstrom
Pomerantz Haudek Grossman & Gross LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Email: pdahlstrom@pomlaw.com

_s/ Nicholas M. Berg_
Nicholas M. Berg